IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PAUL DAVID DUVALL; WILLIAM S. WOMBLE;
CARL R. MOORE; DONALD H. JONES; JOYCE
PATTON; ELMER E. McVAY, and all other similarly
situated                                                                                                              PLAINTIFFS

v.                                      Case No. 2:13-CV-02141

CAROLYN W. COLVIN, Commissioner of the
Social Security Administration                                                                   DEFENDANT

## ORDER

Currently before the Court is the parties' joint motion (Doc. 11) to stay the deadline for Defendant to respond to Plaintiffs' complaint. It appears that the parties agree that this action should be stayed pending coordination between counsel in this case and counsel in a similar action pending in the Eastern District of Arkansas. Based on this agreement, IT IS ORDERED as follows:

• This action is STAYED.

• The parties are to inform the Court immediately upon resolution of any coordination discussions and, in any event, must file a status report with the Court no later than November 14, 2013.

IT IS SO ORDERED this 13th day of September, 2013.

*/s/ P. K. Holmes, III*

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE