IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PAUL DAVID DUVALL; WILLIAM S. WOMBLE;
CARL R. MOORE; DONALD H. JONES; JOYCE
PATTON; ELMER E. MCVAY, and all others
similarly situated                                                                                          PLAINTIFFS

v.                                           Case No. 2:13-CV-02141

CAROLYN W. COLVIN, Commissioner of the
Social Security Administration                                                                        DEFENDANT

### ORDER

Currently before the Court is Plaintiffs' unopposed motion (Doc. 13) to transfer this matter to the Eastern District of Arkansas.

"For the convenience of parties and witnesses, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a).

A similar case to the instant matter was previously filed in the Eastern District of Arkansas. The Eastern District case remains pending. Plaintiffs request transfer of this case to the Eastern District so that they can move for consolidation of the two similar cases in the interests of efficiency and avoidance of inconsistent or conflicting results. Plaintiffs represent that the Government has no objection to a transfer. The Court finds that transfer is proper, as this case may have been originally brought in the Eastern District. The Court finds that transfer would also serve the interests of justice.

IT IS THEREFORE ORDERED that Plaintiffs' unopposed motion (Doc. 13) for transfer is GRANTED. The Clerk is directed to immediately transfer this case to the Eastern District of Arkansas.

IT IS SO ORDERED this 1st day of October, 2013.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE